UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-03188-AB (SK) | Date | June 25, 2018 |
|---|---|---|---|
| Title | Marcus L. Jones v. California Health Care Facility | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|
| Connie Lee | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FILING FEES**

    On April 16, 2018, Plaintiff, a California state prisoner, filed a civil rights complaint. (ECF No. 1). Plaintiff did not pay the filing fee or an application to proceed *in forma pauperis* ("IFP"), so the Court issued an order requiring Plaintiff to pay the filing fee or submit a completed IFP application on or before May 18, 2018. As of the date of this Order, Plaintiff has not paid the filing fees, submitted an IFP application, or filed anything else in this action.

    Therefore, Plaintiff is ORDERED TO SHOW CAUSE on or before **July 25, 2018,** why the complaint should not be dismissed for failure to pay the required filing fees and costs. Plaintiff may discharge this Order to Show Cause by either (1) paying the required filing fee, or (2) submitting a complete Application to Proceed in District Court Without Prepayment of Filing Fees (CV-060P) with all the required documentation.

    **Plaintiff is advised that failure to file a timely response to this Order to Show Cause may result in dismissal of this action for failure to prosecute and/or obey court orders.** *See* Fed. R. Civ. P 41(b); L.R. 41-1.